IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PIERRE MALOSI APISALOMA, #A0758561, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF HAWAII, BERYL IRAMINA, CLEMENT GUZMAN, BENJAMIN CATRIZ, CARL SHIOJI, AL TANAKA, MIKE MATSUI, MYLES IYO, HANALEI PAGAN, BELDEN KAAUMOANA, <br><br> Defendants. | CIV. NO. 07-00607 JMS-BMK <br><br> FINDINGS AND RECOMMENDATION THAT DEFENDANTS IRAMINA, GUZMAN, CATRIZ, SHIOJI, TANAKA, MATSUI, IYO, PAGAN, AND KAAUMOANA BE DISMISSED |

**FINDINGS AND RECOMMENDATION
THAT DEFENDANTS IRAMINA, GUZMAN, CATRIZ, SHIOJI, TANAKA,
MATSUI, IYO, PAGAN, AND KAAUMOANA BE DISMISSED**

On December 12, 2007, pro se plaintiff Pierre Malosi Apisaloma, a prisoner then-incarcerated at the Kulani Correctional Facility ("Kulani"),[1] submitted a civil rights complaint and an application to proceed *in forma pauperis*. The court denied Plaintiff's *in forma pauperis* application on December 19, 2007, and Plaintiff submitted the filing fee on January 11, 2008.  Doc. Nos. 4 & 5.

---

[1] Plaintiff is now incarcerated at the Halawa Correctional Facility.

Plaintiff retained counsel on March 3, 2008.  Doc. No. 17.  Plaintiff's counsel caused the Complaint and Summons to be served on Defendant State of Hawaii, which filed an Answer on March 25, 2008.[2]  Doc. No. 21.  None of the other defendants, however, have been served with the Complaint or notice of this lawsuit.

On November 28, 2008, the court ordered Plaintiff to show cause in writing by December 24, 2008, why Defendants IRAMINA, GUZMAN, CATRIZ, SHIOJI, TANAKA, MATSUI, IYO, PAGAN, and KAAUMOANA should not be dismissed without prejudice for Plaintiff's failure to timely perfect service of the Complaint on them.  Plaintiff has failed to respond to the order to show cause.

Pursuant to Fed. R. Civ. P. 4(m), if service of the summons and complaint is not made upon a defendant within 120 days of filing the complaint, the district court has discretion to "either dismiss the action without prejudice or order service within a specified time, unless however plaintiff can show 'good cause' for an extension, in which case the district court must extend the time for accomplishing service." *Tyson v. City of Sunnyvale*, 159 F.R.D. 528, 530 (N.D. Cal. 1995); *accord Petrucelli v. Bohringer and Ratzinger*, 46 F.3d 1298, 1305 (3rd

---

[2]On August 14, 2008, the court granted Plaintiff's attorney's Motion to Withdraw as Plaintiff's counsel.  Doc. No. 36.

Cir. 1995); *Adams v. Allied Signal General Aviation Avionics*, 74 F.3d 882, 887 (8th Cir. 1996); *Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Good cause applies only in limited circumstances, and inadvertence or ignorance of the rule alone does not constitute good cause, even in a pro se action. *Hamilton v. Endell*, 981 F.2d 1062, 1065 (9th Cir. 1992) (citing *Wei v. State of Hawaii*, 763 F.2d 370, 372 (9th Cir. 1985).

       The court FINDS that it has been over a year since the Complaint was filed and Plaintiff has neither perfected service on Defendants Iramina, Guzman, Catriz, Shioji, Tanaka, Matsui, Iyo, Pagan, or Kaaumoana, nor shown good cause for his failure to do so.  As such, the court RECOMMENDS that Defendants IRAMINA, GUZMAN, CATRIZ, SHIOJI, TANAKA, MATSUI, IYO, PAGAN, and KAAUMOANA be dismissed from this action without prejudice.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, January 10, 2009.



       /S/ Barry M. Kurren
       Barry M. Kurren
       United States Magistrate Judge

Apisaloma v. Hawaii, et al., Civ. No. 07-00607 JMS-BMK; FINDINGS AND RECOMMENDATION TO DISMISS DEFENDANTS IRAMINA, GUZMAN, CATRIZ, SHIOJI, TANAKA, MATSUI, IYO, PAGAN, and KAAUMOANA ; pro se attys/f&r/dmp/2009/Apisaloma 07-607 (dsm most D's fail to serve)